UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REICHELLE WILLIAMS,<br>　　　　Plaintiff.<br>　　v.<br>SEAL PEO LLC, et al.,<br>　　　　Defendants. | Case No. 17-cv-01745-JCS<br><br>**ORDER TO SHOW CAUSE** |

　　　IT IS HEREBY ORDERED that Plaintiff appear on **September 22, 2017, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for failure to prosecute.

　　　IT IS SO ORDERED.

Dated: August 15, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge